AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| K<br>*Plaintiff*<br>v.<br><br>G6 Hospitality Franchising LLC et al<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:25-cv-00755-N |

**Summons in a Civil Action**

**TO:** G6 Hospitality Franchising LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Sharon Campbell
3500 Oak Lawn Ave, Suite 205
Dallas , TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 05/09/2025

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

# CERTIFICATE OF SERVICE

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Case #: 3:25-cv-00755-N**

**Lydia K., pseudonymously**

Plaintiff

**vs.**

**G6 Hospitality Franchising, LLC, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Demand for Jury Trial**

| | |
|---|---|
| PARTY SERVED: | **G6 HOSPITALITY FRANCHISING LLC, C/O COGENCY GLOBAL INC.** |
| PERSON SERVED: | **TYLER SMITH, FULFILLMENT SPECIALIST** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **5/20/2025 at 3:20 PM** |
| ADDRESS, CITY AND STATE: | **850 NEW BURTON ROAD SUITE 201, DOVER, DE 19904** |

| | | | |
|---|---|---|---|
| Race: **Black** | Sex: **Male** | Age: **30** | |
| Height: **5'7"** | Weight: **140** | Hair: **Black** | Glasses: **Yes** |

Judicial Attorney Services, Inc.
1201 N Orange St., Ste 714
Wilmington, DE 19801
(877) 659-3448

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 5/20/2025.

John Dressler